Rudolph Lederer, appellee, v. Albert Sabath and Morris Sabath, appellants. Gen. No. 28,394.

Judgment on note for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Sabath & Sabath, for appellants. Frederick W. Moore, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Samuel W. Lowry, assignee of Para Auto Tire Company, appellant, v. Henderson Tire & Rubber Corporation, appellee. Gen. No. 28,406.

Action for brokerage commission. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts and judgment here. Opinion field October 2, 1923. Certiorari denied by Supreme Court (making opinion final).

Werner H. Sommers and Walter F. Sommers, for appellant. Thomas B. Lantry, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Arthur Weiss & Company, appellee, v. Max Goldstein, appellant. Gen. No. 28,438.

Suit on written contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

David Y. Patlak, for appellant. Kramer & Hirsch, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Rose Lotesto et al., appellants, v. Thomas W. Robertson, appellee. Gen. No. 28,447.

Action on contract for sale of realty by general warranty deed. Judgment for defendant vendors. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923. Rehearing denied October 15, 1923.

James Donahoe, for appellants. Vail, Vail & Plamondon, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Marshall Field & Company, appellant, v. Louis E. Winick, appellee. Gen. No. 28,463.

Trover for $1,000 for sheeting lost by plaintiff and found by defendant, and charge of conversion. Defendant found guilty and damages assessed. Petition to vacate judgment and for new trial granted. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed. Opinion filed October 2, 1923.

Frank P. Leffingwell, for appellant. Gesas, Epstein & Leonard, for appellee.

Mr. Justice Fitch delivered the opinion of the court.